| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Michael J. Burns (SBN 172614) |
| 2 | mburns@seyfarth.com |
| | 560 Mission Street, 31st Floor |
| 3 | San Francisco, CA  94105 |
| | Telephone:  (415) 397-2823 |
| 4 | Facsimile:  (415) 397-8549 |
| | Joseph A. Escarez (SBN 266644) |
| 5 | jescarez@seyfarth.com |
| | 2029 Century Park East, Suite 3500 |
| 6 | Los Angeles, California 90067-3021 |
| | Telephone:   (310) 277-7200 |
| 7 | Facsimile:    (310) 201-5219 |
| 8 | Attorneys for Defendant |
| | DEVRY UNIVERSITY, INC. |
| 9 | |
| | LAW OFFICES OF ROBERT F. SMITH |
| 10 | Robert F. Smith (SBN 116245) |
| | SmithRobertFattorney@yahoo.com |
| 11 | 16200 Ventura Blvd., Suite 308 |
| | Encino, CA 91436 |
| 12 | Telephone:  (818) 231-2331 |
| 13 | Attorneys for Plaintiff |
| | BRUCE RORTY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE RORTY, | Case No. 2:17-cv-02117-JAK-KS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| UNIVERSITY ALLIANCE ONLINE, a division of BISK EDUCATION, INC., a Florida corporation; DEVRY UNIVERSITY, INC., and Illinois Corporation; CLICKSPARK, LLC, a New York domestic LLC; and DOES 1 to 100, | |
| Defendant. | |

NOTICE OF SETTLEMENT

38588253v.1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Bruce Rorty and Defendant DeVry University, Inc. ("DeVry") have reached a settlement in principle, which will result in the dismissal of DeVry from this action with prejudice. The parties anticipate that they will consummate the settlement and file a stipulation dismissing the case with prejudice within the next 30 days. Accordingly, the parties request that all proceedings be taken off calendar.

DATED: April 14, 2017       SEYFARTH SHAW LLP

By: */s/ Joseph A. Escarez*
      Joseph A. Escarez

Attorneys for Defendant
DEVRY UNIVERSITY, INC.

DATED: April 14, 2017      LAW OFFICES OF ROBERT F. SMITH

By: */s/ Robert Smith*
      Robert Smith

Attorneys for Plaintiff
BRUCE RORTY

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Robert Smith, counsel for Plaintiff Bruce Rorty, and that I have obtained Mr. Smith's authorization to affix his electronic signature to this document.

SEYFARTH SHAW LLP

By: */s/ Joseph A. Escarez*
Joseph A. Escarez
Attorneys for Defendant
DEVRY UNIVERSITY, INC.