ROBERT F. SMITH (CA SBN 116245)
LAW OFFICES OF ROBERT F. SMITH
16200 Ventura Blvd. # 308
Encino, CA 91436
Telephone: (818) 231-2331

Attorneys for Plaintiff Bruce Rorty

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE RORTY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNIVERSITY ALLIANCE ONLINE, a division of BISK EDUCATION, INC., a Florida corporation; DEVRY UNIVERSITY, INC., an Illinois Corporation; CLICKSPARK, LLC, a New York domestic LLC; and DOES 1 to 100,<br><br>　　　　　Defendants. | Case No. 2:17-cv-2117-JAK (KSx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Hon. John A. Kronstadt<br>Courtroom TBD |

**TO THE COURT AND ALL PARTIES:**

NOTICE IS HEREBY GIVEN that plaintiff Bruce Rorty, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action as to defendants University Alliance Online, a division of Bisk Education, Inc., a Florida corporation, and Clickspark, LLC, a New York domestic LLC, in its entirety.  The claims alleged on behalf of plaintiff Bruce Rorty against defendants University Alliance Online, a division of Bisk Education, Inc., a Florida corporation, and Clickspark, LLC, a New York domestic LLC, shall be dismissed without prejudice.  Each party shall bear his or its own costs and expenses, including attorneys' fees.

Dated:  May 14, 2017                    LAW OFFICES OF ROBERT F. SMITH


By:   ___/s/ Robert F. Smith_____
             Robert F. Smith
        ***Attorneys for Plaintiff***
        **Bruce Rorty**

1